IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.	Case No. 20-cr-20074-JAR-TJJ

**CHRISTINA OROPEZA,**

    **Defendant.**

### INFORMATION

The United States Attorney charges:

### Count One

### (Destruction of mail)

From January 1, 2019 to June 30, 2019, both dates being approximate and inclusive, in the District of Kansas, the defendant,

**CHRISTINA OROPEZA,**

an employee of the United States Postal Service, did unlawfully and without authority open mail not directed to her and addressed to other persons.

This was in violation of Title 18, United States Code, Section 1703(b).

Dated: November 5, 2020

                                       Respectfully submitted,

                                       STEPHEN R. MCALLISTER
                                       United States Attorney
                                       District of Kansas

                                       *s/Ryan J. Huschka*
                                       RYAN J. HUSCHKA
                                       Assistant United States Attorney
                                       500 State Avenue, Suite 360
                                       Kansas City, KS 66101
                                       Ryan.Huschka@usdoj.gov
                                       (913) 551-6730
                                       (913) 551-6541 (fax)
                                       Ks. S. Ct. No. 23840

(It is requested that trial of the above-captioned case be held in Kansas City, Kansas.)

3

## PENALTIES:

- A term of imprisonment not to exceed one (1) year.
- A fine not to exceed $100,000.
- A term of supervised release not to exceed one (1) year.
- A mandatory special assessment of $25.